UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

DIMITRII SIGULIA,

               Petitioner,

v.

                                       No. 6:26-CV-00047-H

WARDEN, EDEN DETENTION
CENTER,

               Respondent.

## ORDER

Petitioner Dimitrii Sigulia, a self-represented immigrant detainee, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention pending removal. He seeks release from confinement.

Now, Respondent has notified the Court that Petitioner was removed from the United States. Dkt. No. 16. Respondent contends that because Petitioner has been removed, there is no further relief that the Court may award, and the Petition must be dismissed for lack of jurisdiction as moot. *Id.*

Based on the information provided by Respondent, the Court concludes that Petitioner's claims are moot. Thus, the petition must be dismissed for lack of jurisdiction, and any pending motions should be denied.

So ordered.

The Court will enter judgment accordingly.

Dated March 12, 2026.

_____
JAMES WESLEY HENDRIX
United States District Judge